**EXHIBIT 2**

SUFFOLK COUNTY POLICE DEPARTMENT
PISTOL LICENSING BUREAU
30 YAPHANK AVENUE YAPHANK NEW YORK 11980
PHONE: 631-852-6311    FAX: 631-852-6670    SUFFOLK COUNTY WEBSITE: www.co.suffolk.ny.us
OFFICE HOURS: MONDAY TO FRIDAY 9:00 AM TO 4:30 PM
PDCS-4444

# PISTOL LICENSE NOTICE OF DISAPPROVAL

Paul William FELICE
227 LINCOLN AV
PORT JEFFERSON, NY 11777

RE:    Application #   C-126408

Date: 1/10/2024

Dear Applicant,

Section 400 Subdivision 1 of the New York State Penal Law requires all statements in an application for a pistol license to be true. Therefore, any omission of fact, or falsification of an application for a pistol license is sufficient cause for denial and may constitute a crime. Additionally, no license shall be issued or renewed, except for an applicant of good moral character concerning whom no good cause exists for the denial of the license.

After an investigation into your qualification to possess a pistol license, a determination has been made to disapprove your application. The reasons for this decision will be cited below. If you wish to appeal this determination, you may submit a notarized letter of appeal within thirty (30) days of receipt of this correspondence. The information contained in your letter of appeal must refute the below listed reasons for disapproval. Further, you must establish that the Licensing Bureau's decision to disapprove your application was arbitrary and capricious.

Please note that the review of the decision to disapprove your application will be strictly limited to determining whether the Licensing Bureau acted arbitrarily and capriciously and whether substantial evidence exists in the record to support the disapproval of your application.

Your application for a Suffolk County pistol license has been **DISAPPROVED** for the following:
Failure to submit doctors' note
The above information constitutes good cause to deny you a license.
You will be permitted to re-apply on or after 1/10/2026. Any questions regarding this matter must be referred to PO Knussman of this office at 631-852-6369

Sincerely,

Michael Komorowski, Lieutenant
Commanding Officer
Pistol Licensing Bureau