# EXHIBIT   3



# TENNESSEE
## THE VOLUNTEER STATE

USA

**HANDGUN CARRY PERMIT**

PERMIT NO.
**158278812**

DOB

EXP 08/18/2033
ISS 08/18/2025



*Paul Felice*

FELICE
PAUL WILLIAM

CHATTANOOGA, TN 37402-4955

SEX M
HGT 5'-09"
EYES GRN
DD