UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Paul Felice,

                                        Plaintiff,

                                                                    **Rule 26(f) Report**
        -against-                                                   CV 25-6254 (ARL)

Suffolk County, New York, Michael
Komorowski
*Individually,*
Brian Knussman
*Individually,*

                                        Defendants.
-------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on 2-10-2026 and
was attended by:

        Amy L. Bellantoni, counsel for plaintiff(s) and

        Arlene S. Zwilling counsel for defendant(s).

Counsel represent that, during the meeting, they engaged in a meaningful attempt to meet
and confer on the matters outlined below.

1.      INITIAL DISCLOSURES
        Have the parties agreed to make initial disclosures?

        __X__ Yes        _____No        _____ The proceeding is exempt under Rule
        26(a)(1)(B).

        If yes, such initial disclosures shall be made by ___2/25/2026_____

2.      VENUE AND JURISDICTION
        a.      What is the claimed basis of federal jurisdiction?

                Federal question, 42 U.S.C. 1983

        b.      If the alleged subject matter jurisdiction is based upon diversity of citizenship
                each party shall identify its citizenship and domicile at the time the matter was filed
                in or removed to federal court, and its current citizenship and domicile.

2

Are there any contested issues related to venue or jurisdiction?

      Yes    x   No

If yes, describe the issue:

If yes, the parties agree that any motion related to venue or jurisdiction shall be filed by

_____.

3.     <u>PARTIES AND PLEADINGS</u>
   a. The parties agree that any motion or stipulation to amend the pleadings or to join additional parties shall be filed by __N/A__. After this date, no further amendments will be permitted.
   b. If the case is a class action, the parties agree that the motion for class certification shall be filed by __N/A__.

4.     <u>MOTIONS</u>
   Are there any pending motion(s)?\_\_\_\_Yes    X  No

   If yes, indicate which party filed the motion(s), and identify the motion(s) by name and docket number:

5.     <u>ISSUES</u>
   Jointly provide a brief description of case, including causes of action set forth in the complaint, and indicate whether there is a jury demand (an attachment may be provided to complete this section):   Plaintiff claims the defendants violated his Second Amendment rights by, inter alia, (i) enforcing a policy requiring the disclosure of personal medical information, medical records, treatment documentation, doctor's notes, and the like as a condition to possessing handguns for self-defense in one's home; and (ii) the foreclosure of Plaintiff's right to possess handguns in his home through the denial of Plaintiff's application for a New York State pistol license to possess handguns in his home.

6.     <u>DISCOVERY PROCEDURES</u>
   a. The parties agree that all discovery, inclusive of expert discovery, shall be completed by __6/15/2026__. The parties agree to schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and to file any motions relating to discovery within the discovery period, allowing for a timely response. If, after having met and conferred, the parties are

unable to reach an agreement on any matter related to discovery, they may seek the Court's assistance by letter motion pursuant to Local Rule 37.3 and in accordance with Judge Lindsay's Individual Rules.

b. Do the parties anticipate the production of ESI? __x__Yes_____No[1]
   If yes, describe the protocol for such production:

   The parties expect non-complex production of ESI consisting of computer files related to Plaintiff's application for a pistol license, email communications, policy memoranda, and the like.

c. Do the parties intend to seek a confidentiality order? [2]  Yes.
   If yes, such order or agreement shall be filed with the Court by __2/25/2026__.

7.  **EXPERT TESTIMONY**
    a. Primary expert reports must be produced by __N/A__.

    b. Rebuttal expert reports must be produced by __N/A__.

    The schedule for expert discovery must be set in such a way to be completed before the discovery end date set for in paragraph 6(a). Absent a court order, this includes the time needed to complete expert depositions.

8.  **DISPOSITIVE MOTIONS**
    Any party planning on making a dispositive motion must take the first step in the motion process by __6/29/26__. It is expected that dispositive motion practice will commence approximately two weeks following the close of discovery.

9.  **SETTLEMENT**
    Settlement discussions have ____ / have not __X__ taken place.

    Counsel for the parties have discussed an informal exchange of information in aid of early settlement in this case and have agreed upon the following:

    No later than one week after the close of discovery, counsel for all parties must meet to discuss settlement and file a joint letter updating the Court on the status of the case, including but not limited to confirming that the settlement discussion occurred.

---

[1] See attachment A.
[2] See attachment B.

The parties agree to make a good faith effort to settle this case. The parties understand that this case may be referred to an attorney mediator for a settlement conference. The use of any alternative dispute resolution mechanism does not stay or modify any date set forth in the scheduling order.

In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference.

10.    RULE 16 PRETRIAL CONFERENCE
Upon receipt of this Form the court will schedule a Rule 16 conference by telephone.

11.    CONSENT TO MAGISTRATE JUDGE
Do the parties consent to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)

_____ Yes    _____ No

12.    OTHER MATTERS
Indicate any other matters for the Court's consideration:

13.    Once approved any request for modification of this scheduling order must be in writing, and submitted in accordance with the undersigned's Individual Rule 1 (D) which requires that applications be made at least forty-eight hours before the scheduled appearance or deadline.

All parties are advised that they are under a continuing obligation to keep the Court apprised of any changes in their contact information including, but not limited to, their addresses. Failure to do so could lead to the entry of a dismissal or default.

Dated: February 10, 2026

*Amy L. Bellantoni*
Amy L. Bellantoni

Arlene S. Zwilling

5