# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK
### Long Island Federal Courthouse
### 814 Federal Plaza
### Central Islip, NY 11722-4451
### (631) 712-5730

BEFORE: ARLENE R. LINDSAY         DATE: 2/17/2026
United States Magistrate Judge

       TIME: 11:00 AM

DOCKET NO: 25-cv-6254 (ARL)

CASE: Felice v. Suffolk County, New York et al

  **X**    INITIAL CONFERENCE
       STATUS CONFERENCE           BY TELEPHONE__**X**__
  **X**    SETTLEMENT CONFERENCE
  **X**    SCHEDULING CONFERENCE
       DISCOVERY CONFERENCE

       APPEARANCES:
          FOR PLAINTIFF:        FOR DEFENDANTS:
          Amy L. Bellantoni        Arlene S. Zwilling

The following rulings were made:

      The parties meeting plan was approved a scheduling order will be entered in a separate order. Should the parties wish to pursue mediation a joint letter requesting a referral may be submitted.

          SO ORDERED:
          _____/s/_____